CLARENCE BAYLESS v. THE STATE.

No. 8793. Decided October 15, 1924.

No motion for rehearing filed.

**Robbery.**

No statement of facts, nor bills of exception contained in record. Cause is affirmed.

Appeal from Criminal District Court No. 2 of Dallas County. Tried below before the Hon. Chas. A. Pippen, Judge.

Appeal from a conviction of robbery; penalty, twenty-five years' confinement in the State penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in Criminal District Court No. 2 of Dallas County of the offense of robbery, and his punishment fixed at twenty-five years in the penitentiary.

The record is before us without any statement of facts or bills of exception. We have examined the indictment and find it to be in conformity with law as is also the charge of the court.

No error appearing, an affirmance will be ordered.

*Affirmed.*